Certificate Number: 15111-HI-DE-029850010

Bankruptcy Case Number: 17-00756


15111-HI-DE-029850010

# C<span style="font-variant:small-caps">ertificate</span> O<span style="font-variant:small-caps">f</span> D<span style="font-variant:small-caps">ebtor</span> E<span style="font-variant:small-caps">ducation</span>

I CERTIFY that on September 8, 2017, at 4:52 o'clock PM EDT, Loisi Lapuaho completed a course on personal financial management given by internet by BE Adviser, LLC, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the District of Hawaii.

Date:   September 8, 2017                By:    /s/Maan Arriane Vendiola for Ryan McDonough

                                         Name:  Ryan McDonough

                                         Title: Executive Director of Education